

# THE ATTORNEY GENERAL
## OF TEXAS

GERALD C. MANN



AUSTIN 11, TEXAS

Honorable A. E. Sutton
County Auditor
Anderson County
Palestine, Texas

Dear Sir:

Opinion No. 0-5669

Re: When the former owner of land
which has been sold at a tax
sale to a taxing unit, redeems
the land as authorized by Arti-
cle 7340, and Article 7345b,
sec. 12, Revised Civil Statutes,
during the second year of the
redemption period, what dispo-
sition should be made of the
50% of the aggregate total of
taxes, penalties, interest and
costs which he is required to
pay in order to redeem the
property?

We held in Opinion No. 0-2566, a copy of which is enclosed
herewith, that penalties and interest, when collected, should be pro-
rated and placed to the credit of the various funds to which the taxes
in question were due and upon which the penalties and interest in ques-
tion accrued. We here adopt said holding, and it is our opinion, there-
fore, that when the former owner of land which has been sold at a tax
sale to a taxing unit redeems the land as authorized by Article 7340
and Article 7345b, section 12, Revised Civil Statutes, during the second
year of the redemption period, the 50% of the aggregate total of taxes,
penalties, interest and costs should be prorated and placed to the credit
of the various funds to which the taxes in question were due and upon
which the penalties and interest in question accrued.

Trusting that this satisfactorily answers your inquiry, we remain

APPROVED OCT 22, 1943
/s/ Grover Sellers
FIRST ASSISTANT
ATTORNEY GENERAL

JWB:ff:lm
Encl.

APPROVED
OPINION
COMMITTEE
BY /s/ BWB
CHAIRMAN

Very truly yours
ATTORNEY GENERAL OF TEXAS
By /s/ Jas. W. Bassett
　　Jas. W. Bassett
　　　　Assistant